# United States District Court
# Western District of North Carolina
# Statesville Division

**Marvin Lyle King Jr.,**

Petitioner(s),

vs.

**USA,**

Respondent(s).

JUDGMENT IN CASE

5:16-cv-00078-KDB
5:12-cr-00037-KDB-DCK

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2020 Order.

January 31, 2020

Frank G. Johns, Clerk
United States District Court